# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FABIAN GONZALEZ,

*Plaintiff*

v.

SHERIFF KNEZOVICH, CAPTAIN MCGRATH, TODD MIELKE, SHELLY O'QUINN, and AL FRENCH,

*Defendant*

Civil Action No. CV-13-250-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  The above-captioned action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Robert H. Whaley  on a motion for voluntary dismissal of complaint.

Date:  11/21/13

*CLERK OF COURT*

SEAN F. McAVOY

s/ Karen White
*(By) Deputy Clerk*

Karen White